IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

        Plaintiff,                      No. 2:13-cv-0155 EFB P

    vs.

M. HUDSON,

        Defendant.              ORDER

_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On February 6, 2013, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Plaintiff was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in this action being dismissed.

////

////

1   The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed
2   *in forma pauperis* application, or otherwise responded to the court's order.
3   Accordingly, it is hereby ordered that this action is DISMISSED.
4   Dated: March 12, 2013.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE