IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

    Plaintiff,                    No. 2:13-cv-0155 EFB P

    vs.

M. HUDSON,

    Defendant.             <u>ORDER</u>

                           /

After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 6, 7, plaintiff filed an application for leave to proceed in forma pauperis, Dckt. No. 8. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: March 20, 2013.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE